UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP 29 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-15-30010-M |
| § | (M-15-1523-M) |
| JUAN ANTONIO PEREZ § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about September 2, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUAN ANTONIO PEREZ**

did knowingly forcibly simple assault, resist, oppose, impede, intimidate, and interfere with M.K., a United States Border Patrol agent, while he was engaged in his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
LYNN WANG
Assistant United States Attorney